941 A.2d 1257

SOUTHEASTERN PENNSYLVANIA TRANSPORTATION
ASSOCIATION, Respondent,

v.

TRANSPORT WORKERS UNION OF AMERICA,
LOCAL 290, Petitioner.

Supreme Court of Pennsylvania.

Jan. 4, 2008.

## ORDER

PER CURIAM.

AND NOW, this 4th day of January, 2008, the Petition for Allowance of Appeal is GRANTED. The order of the Commonwealth Court is REVERSED. The matter is REMANDED to the Commonwealth Court to remand to the Court of Common Pleas of Philadelphia County for consideration of *Westmoreland Intermediate Unit # 7 v. Westmoreland Intermediate Unit # 7 Classroom Assistants Educational Support Personnel Association, PSEA/NEA,* 939 A.2d 855 (2007).